**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

MAIKON ANDRE DIAS FERREIRA, et al

                Petitioners,

        v.                           9:26-CV-449 (BKS)

WARDEN, *Broome County Correctional Facility*, et al,

                Respondents.

## ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR MAIKON ANDRE DIAS FERREIRA

        Pursuant to this Order of the Court dated April 15, 2026, **Maikon Andre Dias Ferreira, 26-168-627,** petitioner in the above-entitled action is directed to be **made available <u>at 8:30 am on Tuesday, April 21, 2026,</u> via video for the purpose of attending a hearing in the above entitled case before the Hon. Brenda K. Sannes, United States District Judge. It is the understanding of the Court that the above-mentioned petitioner is presently incarcerated at Broome County Correctional Facility a Writ of Habeas Corpus Ad Testificandum be issued for the purpose of securing his presence at said proceeding.**

        **Therefore, it is ORDERED** that a writ of Habeas Corpus Ad Testificandum be issued directing Immigration and Customs Enforcement and the Sheriff of the facility where this petitioner is currently housed, or his deputies, to make petitioner available on the date and time specified above as directed or on any recessed date as may be designated by the Court, and have you then and there this writ;

**GREETINGS:**
**TO:   IMMIGRATION AND CUSTOMS ENFORCEMENT**

        **WE COMMAND** that you have the body of the above named petitioner who is detained in **Broome County Correctional Facility** under your custody, under safe and secure conduct before the District Court within and for the Northern District of New York to be present for a video hearing in the above entitled action before the Hon. Brenda K. Sannes, United States District Judge now pending in this Court, and then and there be present via video on **<u>Tuesday, April 21, 2026, at 8:30 am</u>** as directed or on any recessed date as may be designated by the Court, and have you then and there this writ.

        **WITNESS,** the, Hon. Brenda K. Sannes, United States District Judge for the Northern District of New York on April 15, 2026.

Brenda K. Sannes
Chief U.S. District Judge